HOWARD KINNEY *v.* PENELOPE KINNEY

The defendant's petition for certification for appeal from the Appellate Court, 5 Conn. App. 484, is denied.

*Penelope Kinney,* pro se, in support of the petition.

*John A. Berman,* in opposition.

Decided March 12, 1986

IRIS W. LORD *v.* ELEFTHERIOS STAVRAKIS

The defendant's petition for certification for appeal from the Appellate Court, 6 Conn. App. 161, is denied.

*Kenneth E. Taylor,* in support of the petition.

*Ann E. Fisher,* in opposition.

Decided March 12, 1986

MALCOLM T. ARENBURG, JR. *v.*
FARMHOLME, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 6 Conn. App. 142, is denied.

*Richard H. Kosinski,* in support of the petition.

Decided March 26, 1986

PAULINE D'AGOSTINO CUCCURO *v.*
CITY OF WEST HAVEN

The defendant's petition for certification for appeal from the Appellate Court, 6 Conn. App. 265, is denied.

*Peter F. Culver,* in support of the petition.

Decided March 26, 1986